■ BELLA RICHTER, Appellant, v. BROOKBORO BUILDING MANAGEMENT CORP. et al., Respondents.— In an action to recover damages for personal injury, plaintiff appeals from an order of the Supreme Court, Kings County, entered March 24, 1964, which denied her application to reconsider a previous denial of her application for a general preference in trial. Order affirmed, with $10 costs and disbursements. Although the order appealed from denies plaintiff's application for reconsideration, it was actually based on additional facts (report of court-appointed physician). As such it is appealable (*Polito* v. *Town of Babylon*, 5 A D 2d 877). In our opinion, on the record presented, there was no abuse of discretion at Special Term in denying the preference. Neither has the plaintiff demonstrated on the record presented that she has been deprived of any constitutional right by the manner in which the rule has been administered (*Mercurio* v. *Kesler*, 12 A D 2d 959). Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ GIAMBOI BROS. INC., Respondent, v. SUN CHEMICAL CORPORATION et al., Appellants.— Separate motions by appellants for a stay pending appeals from an order of the Supreme Court, Kings County, entered January 18, 1966, which ruled on objections made during an examination before trial. Motions denied. On the court's own motion, appeals dismissed; such an order is not appealable. The examination is to be continued on January 31, 1966 at 10:00 A.M. Beldock, P. J., Ughetta, Brennan, Hopkins and Benjamin, JJ., concur.